UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK

| | |
|---|---|
| Alan Napoli,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>Deluxe Corporation and Deluxe Small Business Sales, Inc.<br><br><br>　　　　　　　　Defendants. | Civil Action No.: 17-cv-6957(SJF)<br><br><br>**DECLARATION OF<br>JASON J. OLIVERI** |

　　　　**JASON J. OLIVERI**, an attorney duly admitted to practice before this Court declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

　　　　1. I am an associate in the law firm of Hinshaw & Culbertson LLP, attorneys for defendants, Deluxe Corporation ("Deluxe Corp.") and Deluxe Small Business Sales, Inc. ("Deluxe SBS") (collectively, "Deluxe" or "Defendants"), and as such, I am fully familiar with the facts and circumstances of this matter.

　　　　2. A true and correct copy of the Summons and Verified Complaint ("Complaint"), dated November 29, 2017, filed by plaintiff Alan Napoli ("Napoli" or "Plaintiff") against Defendants is annexed hereto as **Exhibit A**.

　　　　3. A true and correct copy of Defendants' Verified Answer with Affirmative Defenses and Counterclaims ("Answer"), dated May 18, 2018, filed in response to the Complaint is annexed hereto as **Exhibit B**.

1

**WHEREFORE**, it is respectfully requested that the Court grant Defendants' motion to dismiss the Complaint.

Dated: New York, New York
       May 18, 2018

                                              *s/Jason J. Oliveri*
                                              Jason J. Oliveri

301899543v1 1004654