UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALAN NAPOLI,

Case No. 17-cv-6957(SJF)

Plaintiff,

-against-

**NOTICE OF CROSS-MOTION**

DELUXE CORPORATION and DELUXE SMALL
BUSINESS SALES, INC.,

Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, dated June

29, 2018, and all prior proceedings had herein, Plaintiff, Alan Napoli, by his attorneys, Schwartz

Ettenger, PLLC, will move this court at the United States Courthouse, 100 Federal Plaza, Central

Islip, New York 11722, before the Honorable Sandra J. Feuerstein, United States District Court

Judge, on a date and at a time to be set by the Court, for an Order granting Plaintiff judgment on

the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and for such other,

further and different relief in the Plaintiff's favor that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b) any

opposing affidavits and answering memoranda shall be served within fourteen (14) days after the

service of moving papers, with any reply affidavits and memoranda of law to be served within

seven (7) days after service of the answering papers.

1

Dated:  Melville, New York
       June 29, 2018

                                      JEFFREY S. ETTENGER, ESQ.
                                        Schwartz Ettenger, PLLC
                                        *Attorney for Plaintiff*
                                        445 Broad Hollow Road, Suite 205
                                        Melville, New York 11747
                                        (631)-777-2401
                                        jse@selawny.com

TO:    Hinshaw & Culbertson, LLP
        *Attorneys for Defendants*
        800 Third Avenue, 13th Floor
        New York, New York 10022
        (212) 471-6200

L:\Napoli, Alan\Napoli v. Deluxe\Notice of Cross Motion.docx